IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:     AARON CHANCE EUBANKS and     CASE NO: 4:23-bk-10920 R
             KRYSTAL RENEE EUBANKS,                         Chapter 13
                   Debtors

## ORDER

Before the Court is the Objection to Confirmation of Plan ("Objection") filed by Joyce Bradley Babin, Chapter 13 Standing Trustee ("Trustee"), on June 26, 2023, Docket Entry 26. The Objection was set for hearing on November 16, 2023. However, prior to the hearing, the Objection was resolved. Therefore, upon consideration, for good cause shown and by agreement of the parties, the Court finds that the Trustee's Objection to Confirmation of Plan is **WITHDRAWN** upon the condition that the Debtors convert their case to Chapter 7 within twenty-eight (28) days of entry of this Order. Should the Debtors fail to convert their case within the time limit prescribed herein, the Debtors' case will be dismissed without further notice or hearing upon the submission of an Order.

**IT IS SO ORDERED**.

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 11/21/2023

Approved by:

/s/ Lonnie Grimes
Lonnie Grimes, Esq.

cc:     Aaron and Krystal Eubanks, Debtors
         Knollmeyer Law Firm, P.A., Attorney for Debtors
         Joyce Bradley Babin, Trustee